IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VFS Financing, Inc., | NO. C 09-05603 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SKF Aviation, LLC, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on March 29, 2010. On March 15, 2010, Plaintiff submitted a Case Management Statement. (hereafter, "Statement," Docket Item No. 34.) In the Statement, Plaintiff represents that after several months of unsuccessful attempts, Defendants were served on March 10, 2010. (Statement at 2.) Plaintiff requests that the Court continue the Case Management Conference to provide Defendants with time to respond to the Complaint and the parties with time to meet and confer. (Id.)

In light of Plaintiff's representations, the Court CONTINUES the Case Management Conference to **May 3, 2010 at 10 a.m.** On or before **April 23, 2010**, the parties shall file a Joint Case Management Conference Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Since the Court does not have a record of Defendants' current mailing addresses, Plaintiff shall serve this Order on Defendants.

Dated: March 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joonsik Maing jmaing@reedsmith.com

| | |
|---|---|
| **Dated: March 24, 2010** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>      **Elizabeth Garcia**<br>      **Courtroom Deputy** |

**United States District Court**
For the Northern District of California