IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VFS Financing, Inc., | NO. C 09-05603 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
|     v. | |
| SKF Aviation, LLC, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on May 3, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Plaintiff submitted a Case Management Statement. (hereafter, "Statement," Docket Item No. 39.)

On April 8, 2010, the Clerk of Court entered default as to all Defendants. (See Docket Item No. 38.) In light of Defendants' failure to appear in this action, the Court VACATES the Case Management Conference and orders as follows:

(1) On **September 27, 2010 at 9 a.m.**, the Court will conduct a hearing on Plaintiff's anticipated Motion for Default Judgment.

(2) Plaintiff shall notice its Motion in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: April 27, 2010

                                                 JAMES WARE
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joonsik Maing jmaing@reedsmith.com

| | |
|---|---|
| **Dated:  April 27, 2010** | **Richard W. Wieking, Clerk** |
| | **By:      /s/ JW Chambers**<br>           **Elizabeth Garcia**<br>           **Courtroom Deputy** |

**United States District Court**
For the Northern District of California