IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VFS Financing, Inc., | NO. C 09-05603 JW |
| Plaintiff, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING RE. MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| SKF Aviation, LLC, et al., | |
| Defendants. | |

This case is scheduled for a hearing on Plaintiff's Motion for Default Judgment on October 4, 2010. (Docket Item Nos. 47, 48.) Upon review of Plaintiff's submissions in support of its request for damages, the Court finds that they are insufficient. In particular, Plaintiff fails to properly show in detail its calculations for each category of damages requested. Accordingly, on or before **October 1, 2010**, Plaintiff shall file a Supplemental Brief detailing its calculation. Each calculation shall be cited to the relevant exhibits.

In light of this Order, the Court continues the hearing on Plaintiff's Motion for Default Judgment from October 4, 2010 to **October 18, 2010 at 9a.m.**

Dated: September 28, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joonsik Maing jmaing@reedsmith.com

**Dated:  September 28, 2010**                                **Richard W. Wieking, Clerk**

                                                                                    **By:       /s/ JW Chambers**
                                                                                            **Elizabeth Garcia**
                                                                                            **Courtroom Deputy**